# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JUSTSERVICE.NET LLC, | |
|    PLAINTIFF, | Civil Action No.   6:20-cv-00070-ADA |
| v. | |
| DROPBOX, INC., | **JURY TRIAL DEMANDED** |
|    DEFENDANT. | |

## ORDER

This Court, after considering the foregoing Defendant's Unopposed Motion for Extension of Time to File a Response to Plaintiff's Complaint, is of the opinion that the Motion should be granted.

**IT IS ORDERED** that Defendant's Unopposed Motion for Extension of Time to File a Response to Plaintiff's Complaint is **GRANTED**. Accordingly, Defendant's deadline to file a response to Plaintiff's Complaint is extended through and including April 6, 2020.

**SIGNED** THIS _____ day of _____, 20___.

                     _____
                     ALAN D. ALBRIGHT
                     UNITED STATES DISTRICT JUDGE