# Exhibit A - U.S. PATENT NO. 8,126,990 – DATA BACKUP AND TRANSFER SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT

Dropbox sells and offers for sale a cloud backup system where users can store files, sync files across multiple devices, and share and collaborate on files and projects. The descriptions of the services as depicted on dropbox.com are reproduced herein through screen shot images. Based on our investigation, all the Dropbox plans (for Individuals: Basic, Plus and Professional; for Teams: Standard and Advanced) have the same basic components relevant to claims 12, 13, 14, and 15 of the '990 Patent. *See* <https://www.dropbox.com/individual/plans-comparison> for a comparison of the individual plans and <https://www.dropbox.com/plans?trigger=nr> for a comparison of individual plans to business plans.

| Claim Chart Related to Dropbox & Justservice.net's U.S. Patent No. 8,126,990 ||
|---|---|
| **Claim No. 12** | **Infringing Product** |
| A method for a system computer to upload and download data between the system computer and a plurality of account user computers, each account user having a system account and an account user identification, the system computer operatively connected to the Internet and accessible through a system website using a web browser, the system computer having a data storage device capable of storing and retrieving unique user data for each of a plurality of system accounts, comprising the steps, for each user account: | Dropbox is a cloud service accessible via www.dropbox.com. Dropbox allows a user who has created an account with Dropbox to add files from multiple computer devices to Dropbox's virtual data storage and from there to plurality of user computers. *See How can I access Dropbox on my Windows, Mac, or Linux Computer?*, DROPBOX: CLOUD STORAGE, https://www.dropbox.com/features/cloud-storage ("You can access Dropbox cloud services on Windows, Mac, or Linux operating systems … through the web on dropbox.com [which] require[s] your device to be connected to the internet to upload and access your files.").  |

| | |
|---|---|
| linking the system computer to a first computer via the Internet; | Dropbox requires users of Dropbox's virtual data storage to give Dropbox permission to link the Dropbox virtual data storage to the user's computer so that Dropbox can thereafter scan the user's computer for files to upload. *See Terms of Service*, Dropbox, https://www.dropbox.com/terms ("Dropbox accesses, stores, and scans Your Stuff. You give us permission to do those things …."). A user gives Dropbox permission to access user files on the user's computer by signing up for an account on www.dropbox.com. *See How to Create a Dropbox Account*, Dropbox, https://help.dropbox.com/accounts-billing/create-delete/create-account. These links are made over the Internet. |
| receiving an account user identification from the first computer; | Dropbox receives user identification through web browsers and its applications.<br><br>**Dropbox**   Download the app<br><br>**How to sign up for Dropbox**<br>To sign up for a Dropbox account:<br>1. Create an account on dropbox.com.<br>2. Type your name and email address (your email address is the username for your Dropbox account).<br>3. Type a unique password.<br>4. Click the box to agree to the Dropbox terms.<br>5. Click **Create an account**.<br><br>If you already installed the Dropbox mobile or computer apps, you can also create an account by launching the app and clicking **Sign up**.<br><br>**Sign in**   or create an account<br><br>Sign in with Google<br><br>or<br><br>Email<br><br>Password<br><br>This page is protected by reCAPTCHA, and subject to the Google Privacy Policy and Terms of service.<br><br>☑ Remember me   Sign in<br><br>Forgot your password?<br><br>*See How to Create a Dropbox Account*, Dropbox, https://help.dropbox.com/accounts-billing/create-delete/create-account. |

| | |
|---|---|
|  | |
| verifying the account user identification, and if verified, | On www.dropbox.com and the Dropbox applications, a user must enter an email address and password to access the user's Dropbox data storage. *See How to sign in and out of your Dropbox account*, DROPBOX, https://help.dropbox.com/accounts-billing/settings-sign-in/sign-in-out. Dropbox verifies the account user identification information before permitting further access. |



Once a user chooses an account and selects to sign in, a blue bar runs across the top of the page while Dropbox verifies the account.

Upon verification, the user is taken to the Home page.

| | |
|---|---|
| scanning a storage device of the first computer, | When interface options such as "Upload" or "add" are selected, Dropbox scans the user's computer to show files and folders that Dropbox can upload. *See Add Files to Your Dropbox*, DROPBOX, https://www.dropbox.com/help/desktop-web/add-files. "To provide these and other features, Dropbox accesses, stores, and scans Your Stuff. You give us permission to do those things…." *See Terms of Service*, DROPBOX, https://www.dropbox.com/terms.<br><br> |



*See How to upload photos to the Dropbox mobile app*, DROPBOX, https://help.dropbox.com/installs-integrations/sync-uploads/upload-mobile.

| | |
|---|---|
| downloading selected unique user data files from the first computer storage device and storing the unique user data files on the system computer storage device, | Dropbox downloads user selected files from the user's computer to the Dropbox virtual data storage. *See Add files to Your Dropbox*, DROPBOX, https://help.dropbox.com/files-folders/share/add-files; *How to upload photos to the Dropbox mobile app*, DROPBOX, https://help.dropbox.com/installs-integrations/sync-uploads/upload-mobile.  |
| linking the system computer with a second computer via the Internet, wherein the second computer is one of a repaired first computer and a replacement for the first | Many, if not most users, replace their computers over time, including mobile devices, and others experience failures that require repairs to such first computers or replacement. Dropbox enables a user to access files stored on the Dropbox data storage from a repaired first computer or a replaced second computer by signing on to the user's Dropbox storage account at www.dropbox.com. *See Document Storage*, DROPBOX, https://www.dropbox.com/features/cloud-storage/document-storage ("[w]ith an organized cloud file storage system, access to your electronic files in the document repository can happen anywhere, from any device—making work more efficient and productive."); *What are the Benefits of* |

| | |
|---|---|
| computer, the second computer having a second computer storage device; | *Cloud Storage*, DROPBOX: CLOUD STORAGE, https://www.dropbox.com/features/cloud-storage (Dropbox's "[c]loud storage benefits include easily storing, accessing, and protecting your data via the internet… This is especially useful in times of disaster recovery and if your hard drive lets you down."). Such second computers have local data storage, i.e., a second computer storage device. When files are downloaded onto such second computers for use or local storage, they are stored on that second computer's storage device. |
| receiving an account user identification from the second computer; | In the same ways that it does for the first computer, Dropbox receives user identification information from the second computer.<br><br>**How to sign up for Dropbox**<br>To sign up for a Dropbox account:<br>1. Create an account on dropbox.com.<br>2. Type your name and email address (your email address is the username for your Dropbox account).<br>3. Type a unique password.<br>4. Click the box to agree to the Dropbox terms.<br>5. Click **Create an account**.<br><br>**How to sign in to your Dropbox account**<br>To sign in to your account:<br>**On dropbox.com**<br>1. Open a web browser.<br>2. Type in https://www.dropbox.com.<br>3. Select one of the following sign in options:<br>    ◦ Click **Sign in**, and enter your email address and password.<br>    ◦ Click **Sign in with Google**.<br><br>*See* <https://help.dropbox.com/accounts-billing/create-delete/create-account> for information on creating an account and <https://help.dropbox.com/accounts-billing/settings-sign-in/sign-in-out> for how to sign into Dropbox from a web browser. |

| verifying the account user identification, and if verified; | In the same ways that it does for the first computer, Dropbox verifies user identification information from the second computer before providing access to additional account features. |
|---|---|



On www.dropbox.com, once a user chooses an account and selects to sign in, a blue bar runs across the top of the page while Dropbox verifies the account.

Upon verification, the user is taken to the Home page.

| | |
|---|---|
| uploading at least a portion of the selected unique user data files stored on the system computer storage device to the second computer storage device. | Dropbox will upload files from the system computer to the user's second storage device. *See How to download an entire folder from Dropbox*, DROPBOX, https://www.dropbox.com/help/desktop-web/download-entire-folders; *How do I save files for offline viewing on my mobile device?*, DROPBOX, https://help.dropbox.com/files-folders/sort-preview/marking-favorite-file.<br><br>Files stored on second computer storage device, with local storage on second computer storage device indicated by a down arrow. |
| **Claim No. 13** | **Infringing Product** |
| A method as in claim 12, wherein the first computer is one of an office computer or | A user can create a Dropbox account on their office or home computer by going to www.dropbox.com and typing in the user's name and email address, and creating a password. *See How to create a Dropbox account,* DROPBOX, https://www.dropbox.com/help/account/create-account#sign-up.  Dropbox encourages users to install and use its software on both home and office computers by, for example, encouraging use of Dropbox as |

| home computer, and the second computer is the other. | a means to transfer work files to work remotely and allowing users to link personal Dropbox accounts to Dropbox Business accounts. *See How to link personal and work Dropbox accounts*, DROPBOX, https://help.dropbox.com/accounts-billing/multiple-accounts/connect-personal-account; *Work remotely and offline*, DROPBOX, https://www.dropbox.com/features/sync/work-remotely-offline. |
|---|---|
| **Claim No. 14** | **Infringing Product** |
| A method as in claim 12, further comprising displaying on a display of the second computer, at least a portion of the contents of data previously stored on the system computer for that account. | Dropbox is a cloud service that allows a user to access files stored on Dropbox from a first or second computer via www.dropbox.com. Dropbox allows a user who has created an account with Dropbox to add files from multiple computer devices to Dropbox's virtual data storage. *See How can I access Dropbox on my Windows, Mac, or Linux Computer?*, DROPBOX: CLOUD STORAGE, https://www.dropbox.com/features/cloud-storage ("You can access Dropbox cloud services on Windows, Mac, or Linux operating systems … through the web on dropbox.com [which] require[s] your device to be connected to the internet to upload and access your files.").  Data previously stored on the system computer that is displayed on the second computer |