**Exhibit B - U.S. PATENT NO. 8,195,776 – DATA BACKUP AND TRANSFER SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT**

Dropbox's Business packages contain the same basic components relevant to claims 1 and 2 of the '776 Patent. *See* <https://help.dropbox.com/learn/business-guide-get-started-member>

for more information on getting started with Dropbox Business.

| Claim Chart Related to Dropbox & Justservice.net's U.S. Patent No. 8,195,776 | |
|---|---|
| | |
| **Claim No. 1** | **Infringing Product** |
| A data storage system for storing data files of multiple accounts on a system computer, | Dropbox Business is a data storage system for storing data files of multiple accounts on a system computer. *See Document Storage*, DROPBOX, https://www.dropbox.com/features/cloud-storage/document-storage ("Dropbox is an online software solution that manages electronic documents for both individuals and teams."). <br><br> Here's a diagram of how the service works: <br><br>  |
| the data files being retrievable at any account user computer having a display and storage device and operatively | Dropbox allows account users to retrieve their files using Internet browsers and applications that access the Internet.  Such software systems are stored on user computers that have displays and a storage device, such as laptop computers and mobile phones. |

| | |
|---|---|
| connected to the system computer via the Internet; | ## How can I access Dropbox on my Windows, Mac, or Linux computer?<br><br>You can access Dropbox cloud services on Windows, Mac, or Linux operating systems two ways: through the web on dropbox.com or with our desktop app. Both methods require your device to be connected to the internet to upload and access your files.<br><br>*See How can I access Dropbox on my Windows, Mac, or Linux Computer?*, DROPBOX: CLOUD STORAGE, https://www.dropbox.com/features/cloud-storage. |
| said data storage system comprising: the system computer having a system storage device and means for storing and selectively retrieving data files for each respective account, | Dropbox is an online document storage that stores and retrieves data files unique to individual accounts and business accounts. *See Why should I use Dropbox as my cloud storage service?*, DROPBOX: CLOUD STORAGE, https://www.dropbox.com/features/cloud-storage ("Whether you're an individual, small business, or large company, using Dropbox for cloud storage lets you store everything safely in the cloud and access file uploads from multiple devices."). Dropbox uses a variety of physical servers that have hard drive system storage that can be selectively accessed.<br><br> |

| | |
|---|---|
| the data files for each account being unique to that account, | Once the account user logs onto Dropbox, the Dropbox website opens up to the user's Dropbox home page and shows a list of data files which are unique to the user account.<br><br> |
| the system computer being operatively connected to the Internet; | The Dropbox data storage system computer uses the Internet to connect all of its user accounts through its Website and application. *See How can I access Dropbox on my Windows, Mac, or Linux Computer?*, DROPBOX: CLOUD STORAGE, https://www.dropbox.com/features/cloud-storage ("You can access Dropbox cloud services on Windows, Mac, or Linux operating systems … through the web on dropbox.com [which] require[s] your device to be connected to the internet to upload and access your files."). |
| means for the system computer to verify account user information for each account user computer seeking access to the system computer over the Internet; | Dropbox requires submission of account user information in the form of an email address and password to verify each account user computer seeking to access Dropbox through Internet browsers and Internet-connected applications.  These functions occur by Dropbox software on a storage device running on a processor. |



**How to sign up for Dropbox**

To sign up for a Dropbox account:

1. Create an account on dropbox.com.
2. Type your name and email address (your email address is the username for your Dropbox account).
3. Type a unique password.
4. Click the box to agree to the Dropbox terms.
5. Click **Create an account.**

If you already installed the Dropbox mobile or computer apps, you can also create an account by launching the app and clicking **Sign up.**

A blue bar runs across the top of the page while Dropbox verifies the account.



| means for the system computer to display on the account user computer display a list of unique data files on the system computer storage device for and only for the verified account | Once an account user is verified, the Dropbox website opens up to a home page that displays on the account user computer a list of unique data files on the Dropbox system computer storage device. *See also Document Storage*, Dropbox, https://www.dropbox.com/features/cloud-storage/document-storage (Dropbox "can serve as your document repository…"). These functions occur on a computer screen in combination with Dropbox software on a storage device running on a processor that sends signals to the computer screen. When using a browser, the Dropbox software operates, in part, by triggering functions of the browser to display information. |



Unique data files stored on Dropbox system computer storage for the verified account

Similarly, after an account user is verified, the Dropbox application displays a list of unique data files on the Dropbox system computer storage device.



Dropbox application displaying unique data files stored on Dropbox for the verified account

| and a list of data files stored on the user computer storage device; | Dropbox accesses the user's data files stored on the user's personal computer upon the user submitting a request that Dropbox "Upload" file(s) from the user's computer.

Data files stored on the user computer storage device |



Dropbox application displaying list of data files stored on user computer storage device

| | |
|---|---|
| means to instruct the account user computer to recognize the unique data files of the system storage device for the verified account as a local storage device for said account user computer; | Dropbox instructs a user's computer to recognize Dropbox as a storage device for the verified account holder. Files can be seamlessly moved back and forth between Dropbox and the user's computer. *See generally Add Files to Your Dropbox*, Dropbox, https://help.dropbox.com/files-folders/share/add-files; *How to download an entire folder from Dropbox*, Dropbox, https://www.dropbox.com/help/desktop-web/download-entire-folders. By logging out, the user's computer no longer recognizes Dropbox and the user cannot upload files to and download files from Dropbox. *See generally How to sign in and out of your Dropbox account*, Dropbox, https://help.dropbox.com/accounts-billing/settings-sign-in/sign-in-out; *How to sign in to Dropbox using Google Sign-in*, Dropbox, https://help.dropbox.com/accounts-billing/settings-sign-in/google-sign-in; *What is the Dropbox desktop application*, Dropbox, https://help.dropbox.com/installs-integrations/desktop/desktop-application-overview. These functions occur by Dropbox software on a storage device running on a processor that is configured to trigger relevant functions of the user computer's operating system. |



| | |
|---|---|
| means for transferring files from the account user computer storage device to the system computer storage device and transferring files from the system computer storage device to the account user computer storage device; | Dropbox transfers user files to and from Dropbox and the user's computer when the user selects either the "Upload" or "Download" function, as shown below. These functions occur by Dropbox software on a storage device running on a processor that is configured to connect through the internet to the system computer.<br><br><br><br> |

| | |
|---|---|
| | *See also Add Files to Your Dropbox*, DROPBOX, https://help.dropbox.com/files-folders/share/add-files; *How to download an entire folder from Dropbox*, DROPBOX, https://help.dropbox.com/installs-integrations/sync-uploads/download-entire-folders.<br><br>Files can also be transferred by dragging and dropping in combination with Dropbox applications and browser software.<br><br> |
| means for authorizing one or more subusers of the account, and file rights control means for limiting the permissions that such subusers have to the account where said file rights control means permissions may include designation of one or more specific account user computers from which the subuser may access the account, said system computer displaying on the account user computer display those said controlled access personal subaccount files and controlled access shared account files for said verified account; and | Dropbox Business provides a means for a business account holder to authorize one or more subusers in the form of business members. Dropbox Business further allows a business account holder to limit the subuser's permissions. *See How can I customize security in Dropbox Business?*, DROPBOX, https://help.dropbox.com/teams-admins/admin/customize-security ("Admins can control whether team members are able to share items with people outside the team, and set different rules for shared folders and shared links.") ("Admins can terminate active browser sessions, unlink connected computers and mobile devices, and revoke third-party app access for any team members."); *Manage your Dropbox sharing permissions*, DROPBOX, https://help.dropbox.com/files-folders/share/set-folder-permissions. These functions occur by Dropbox software on a storage device running on a processor that is configured to allow users to select among permissions and file rights options for subusers. These functions are additionally accomplished by Dropbox software on running on Dropbox's servers that is configured to limit subuser access to user files consistent with their file rights and permissions. |



| | |
|---|---|
| means for instructing the account user computer to cease recognizing the system storage device for the verified account as a local storage device for the account user computer after a logoff instruction is received by the system computer. | Dropbox provides a "Log Out" function which enables the user to disconnect the user computer from the Dropbox storage device. By logging out, the user's computer no longer recognizes Dropbox and the user cannot upload files to and download files from Dropbox. *See generally How to sign in and out of your Dropbox account*, DROPBOX, https://help.dropbox.com/accounts-billing/settings-sign-in/sign-in-out; *How to sign in to Dropbox using Google Sign-In*, DROPBOX, https://help.dropbox.com/accounts-billing/settings-sign-in/google-sign-in. These functions occur by Dropbox software on a storage device running on a processor that is configured to trigger relevant functions of the user computer's operating system. |

| Claim No. 2 | Infringing Product |
|---|---|
| The system of claim 1 where said subaccounts are authorized and said file rights control means grants said permissions using a graphical interface. | Dropbox Business requires the business account holder to enter the business members' email addresses so that Dropbox can verify the members (see below). Dropbox Business further provides a graphical interface for a business administrator to set the member's file permissions. *See* <https://help.dropbox.com/teams-admins/team-member/groups> for more information on setting permissions on Dropbox Business accounts. Dropbox software provides a graphical user interface.  When using a browser, the Dropbox software operates, in part, by triggering functions of the browser to display information and alter permission.<br><br>Dropbox Business allows the business account holder or team administrator to invite members to join folders and projects. After registering with Dropbox Business, the primary user is prompted to fill in "team information."<br><br><br><br>The user is then prompted to enter team members' contact information so Dropbox can create subaccounts associated with the primary account. |

