**Exhibit C - U.S. PATENT NO. 8,392,542 – DATA BACKUP AND TRANSFER SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT**

Dropbox's Business packages contain the same basic components relevant to claims 1, 2, and 3 of the '542 Patent. *See* <https://help.dropbox.com/learn/business-guide-get-started-member> for more information on getting started with Dropbox Business.

| Claim Chart Related to Dropbox.com & Justservice.net's U.S. Patent No. 8,392,542 ||
|---|---|
| **Claim No. 1** | **Infringing Product** |
| A data storage system comprising: a virtual server on a network managing a plurality of user accounts, each user account including one or more files; | Dropbox is a data storage system that is capable of managing data files of multiple accounts and is accessible on a user computer via www.dropbox.com. *See Document Storage*, DROPBOX, https://www.dropbox.com/features/cloud-storage/document-storage ("Dropbox is an online software solution that manages electronic documents for both individuals and teams."); *see How can I access Dropbox on my Windows, Mac, or Linux Computer?*, DROPBOX: CLOUD STORAGE, https://www.dropbox.com/features/cloud-storage ("[y]ou can access Dropbox cloud services on Windows, Mac, or Linux operating systems … through the web on dropbox.com [which] require[s] your device to be connected to the internet to upload and access your files."). <br><br> *[Image: Dropbox "Easily find what you need" graphic with annotation "Plurality of user accounts" pointing to user avatars]* |
| each user account having a primary account user and a plurality of subaccounts, each of the subaccounts having file rights controlled access to subaccount files stored on the virtual server | "Dropbox is an online software solution that manages electronic documents for both individuals and teams." *See Document Storage*, DROPBOX, https://www.dropbox.com/features/cloud-storage/document-storage. Upon information and belief, Dropbox Business accounts have a primary account and subaccounts. Dropbox Business manages multiple accounts and subaccounts in the form of team administrators and team members. *See Invite people to your Dropbox Business team*, DROPBOX, https://help.dropbox.com/teams-admins/admin/invite-team. Dropbox has functions that allow the primary account user to control the subaccounts' file rights. *See How can I customize security in Dropbox Business?*, DROPBOX, https://help.dropbox.com/teams-admins/admin/customize-security; *Change admin rights for your Dropbox Business team*, DROPBOX, |

| | |
|---|---|
| and each of the subaccounts having file rights controlled access to shared account files stored on the virtual server; | https://help.dropbox.com/teams-admins/admin/change-admin-rights#levels; *Manage your Dropbox sharing permissions*, DROPBOX, https://help.dropbox.com/files-folders/share/set-folder-permissions.<br><br> |
| the virtual server adapted to verify user access information for a particular user account; | Dropbox Business verifies each member before allowing access to a business team account. *See Join a Dropbox Business team*, DROPBOX, https://www.dropbox.com/help/business/join-business-team. |

| | |
|---|---|
| | On www.dropbox.com, once a user enters the account email and password and selects to sign in, a blue bar runs across the top of the page while Dropbox verifies the account. |
| the virtual server transferring over the network information relating to files stored on the virtual server in the particular user account to a verified user on a user computer; | Dropbox transfers over the internet for display on a user's computer screen information relating to files stored on Dropbox's virtual server. |



| the virtual server further adapted to transfer files associated with the particular user account to and from the user computer. | Dropbox transfers user files to and from Dropbox and the user's computer when the user selects either the "Upload" or "Download" function, as shown below.<br><br><br><br>*See also Add Files to Your Dropbox*, DROPBOX, https://help.dropbox.com/files-folders/share/add-files; *How to download an entire folder from Dropbox*, DROPBOX, https://help.dropbox.com/installs-integrations/sync-uploads/download-entire-folders. |
|---|---|



| Claim No. 2 | Infringing Product |
|---|---|
| The data storage system of claim 1 wherein the virtual server allows a plurality of sub-accounts to be associated with one or more of the user accounts. | "Dropbox is an online software solution that manages electronic documents for both individuals and teams." *See Document Storage*, DROPBOX, https://www.dropbox.com/features/cloud-storage/document-storage. Dropbox business manages multiple accounts and subaccounts in the form of team administrators and team members. *See Invite people to your Dropbox Business team*, DROPBOX, https://help.dropbox.com/teams-admins/admin/invite-team. |

**Easily find what you need**

Create a central workspace so everyone can find what they need quickly. Team folders are a simple way to give your entire team access to things like employee handbooks, departmental goals, and offsite photos.

Plurality of user accounts

| Claim No. 3 | Infringing Product |
|---|---|
| The data storage system of claim 2 wherein the virtual server maintains file rights permissions for users of the subaccounts. | Dropbox's virtual server maintains the file rights permissions for each subaccount. *See Manage your Dropbox sharing permissions*, DROPBOX, https://help.dropbox.com/files-folders/share/set-folder-permissions; *Dropbox Groups*, DROPBOX, https://help.dropbox.com/teams-admins/team-member/groups. |

