**Exhibit D - U.S. PATENT NO. 9,722,993 – DATA BACKUP AND TRANSFER SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT**

Dropbox's Business packages offer the same features as an individual plan and contains the same basic components relevant to claim 16 of the '993 Patent. *See* <https://www.dropbox.com/individual/plans-comparison> for a comparison of the individual plans and <https://www.dropbox.com/plans?trigger=nr> for a comparison of individual plans to business plans.

| Claim Chart Related to Dropbox.com & Justservice.net's U.S. Patent No. 9,722,993 ||
|---|---|
| **Claim No. 16** | **Infringing Product** |
| A data storage system comprising: | Dropbox is an online document storage system. *See Document Storage*, DROPBOX, https://www.dropbox.com/features/cloud-storage/document-storage; *How Dropbox keeps your files secure*, DROPBOX, https://www.dropbox.com/help/sign-in/how-security-works ("Dropbox is a home for your most valuable files."). <br><br> Here's a diagram of how the service works: <br><br> [Diagram showing Storage Servers (Storage Service - File data stored in encrypted blocks), Metadata Servers (Metadata Service, Database, Notification Service), Processing Service (Encryption and application service), SSL/TLS connections, and Multiple devices] |
| a virtual server on a network and having an operative connection to | "Dropbox is an online software solution that manages electronic documents for both individuals and teams." *See Document Storage*, DROPBOX, https://www.dropbox.com/features/cloud-storage/document-storage. Dropbox Business manages multiple accounts and subaccounts in the form of team |

| | |
|---|---|
| the Internet, the virtual server adapted to manage a plurality of user accounts, each user account including one or more files; | administrators and team members. *See Invite people to your Dropbox Business team*, DROPBOX, https://help.dropbox.com/teams-admins/admin/invite-team. The various accounts have files associated with them. |
| the virtual server adapted to verify user access information for a particular user account; | Dropbox Business verifies each member through the Internet before allowing access to a business team account. *See Join a Dropbox Business team*, DROPBOX, https://www.dropbox.com/help/business/join-business-team.<br><br>On www.dropbox.com, once a user enters the account email and password and selects to sign in, a blue bar runs across the top of the page while Dropbox verifies the account.<br><br>Upon verification, the user is taken to the Home page. |
| the virtual server adapted to connect over the network with a user computer associated with the verified user access information; | *See* <https://www.dropbox.com/business/trust/security/architecture> for information on the architecture of Dropbox Business. |

| | |
|---|---|
| |  |
| the virtual server adapted to cause an icon view of system functions of the virtual server to be displayed in a browser window on the user computer; | Dropbox Business has several icons including a "Dropbox" icon, "person" icon, and "gear" icon and "synced," "view-only access in a shared folder," and "camera import" icons (see below for a few examples). *See Dropbox sync icons and what to do if they're missing*, DROPBOX, https://help.dropbox.com/installs-integrations/sync-uploads/sync-icons; *How to sign in and out of your Dropbox account*, DROPBOX, https://help.dropbox.com/accounts-billing/settings-sign-in/sign-in-out.<br><br>**View of Dropbox from computer's web browser** |

| | |
|---|---|
| the virtual server adapted to cause information relating to files stored on the virtual server in the particular user account to be displayed in the browser window on the user computer; | Information stored on Dropbox Business is displayed on www.dropbox.com. This information can be viewed from the web browser on a computer, phone, or tablet.<br><br>**View of Dropbox Home page from computer's web browser** |
| the virtual server adapted to upload a first group of one or more user selected files associated with the particular user account from the user computer to the virtual server; and | Dropbox Business has the capability of uploading "Files" or "Folders." *See Add Files to Your Dropbox*, DROPBOX, https://www.dropbox.com/help/desktop-web/add-files. |

Page 37 of 61

| | |
|---|---|
| the virtual server adapted to download a second group of one or more user selected files associated with the particular user account from the virtual server to the user computer; | A Dropbox Business user can download files directly from dropbox.com: *How to download an entire folder from Dropbox*, DROPBOX, https://www.dropbox.com/help/desktop-web/download-entire-folders.<br><br>Ellipses icon that enables a user to access Dropbox's download function |

| | |
|---|---|
| wherein each user account has a primary account user and at least one subaccount, the at least one subaccount having file rights controlled access to subaccount files stored on the virtual server and the at least one subaccount having the file rights controlled access to shared account files stored on the virtual server, and wherein the file rights controlled access includes limiting subaccount access to only specified file types. | Dropbox Business allows an admin to create an account and invite members to join folders and projects. After registration, the user is prompted to fill in "team information." *See Join a Dropbox Business Team*, DROPBOX, https://help.dropbox.com/teams-admins/team-member/join-business-team.<br><br><br><br>The user is then prompted to enter team member's contact information so Dropbox can create subaccounts associated with the primary account.<br><br><br><br>The primary account holder can limit the members' file rights including the ability to access certain files and folders. *See* <https://www.dropbox.com/help/business/customize-security> and <https://help.dropbox.com/teams-admins/admin/change-admin-rights#levels> for more |

| | |
|---|---|
| | information on administrative controls and the different types of admins available in Dropbox Business and <https://help.dropbox.com/files-folders/share/set-folder-permissions> for more information on setting folder permissions.<br><br>**Start sharing on Dropbox Business**<br><br>**Edit access**<br>Choose specific colleagues who need to edit files in one of your Dropbox folders, and watch edits sync almost instantly. Anyone with edit access can edit, add, and delete files in your folder.<br>Learn how to give edit access.<br><br>**Team folder**<br>Team folders make sharing across your organization easier. Admins create team folders, which are automatically shared with all members of your Business team.<br>Learn how to create a team folder.<br><br>**View access**<br>Shared files are the Dropbox solution to email attachments. Only people you specifically invite to a shared file can view the file. They can also comment on the file or download their own copy. What they can't do is edit the original file.<br>Learn how to share a link.<br><br>We understand that you need to keep your company's information safe, which is why we've designed Dropbox with a number of physical and technical security measures. If you're a Dropbox Business admin, you have access to features that allow you to customize security to your particular needs.<br><br>**User provisioning**<br>Users can be invited to Dropbox Business manually by sending an email invite from the Admin Console, or automatically by integrating with an existing Active Directory or LDAP deployment through one of our identity management providers.<br><br>**Sharing permissions**<br>Admins can control whether team members are able to share items with people outside the team, and set different rules for shared folders and shared links. If sharing outside the team is enabled, members will still be able to make individual folders or links "team only" as needed.<br><br>*Dropbox Business Security: A Dropbox Whitepaper*, Dropbox, at 14 (2019) https://aem.dropbox.com/cms/content/dam/dropbox/www/en-us/business/solutions/solutions/white_paper/dfb_security_whitepaper.pdf (Team admins "[c]an set team-wide security and sharing permissions, create admins, and manage members."). |