### Exhibit E - U.S. PATENT NO. 10,387,270– DATA BACKUP, STORAGE, TRANSFER AND RETRIEVAL SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT

Dropbox's Business packages contains the same basic components relevant to claims 1-3 and 6-12 of the '270 Patent. *See* <https://help.dropbox.com/learn/business-guide-get-started-member> for more information on getting started with Dropbox Business.

| Claim Chart Related to Dropbox.com & Justservice.net's U.S. Patent No. 10,387,270 ||
|---|---|
| | |
| **Claim No. 1** | **Infringing Product** |
| A data storage system comprising: | "Dropbox is a home for your most valuable files." *See How Dropbox keeps your files secure*, DROPBOX, https://www.dropbox.com/help/sign-in/how-security-works.<br><br> |

| | |
|---|---|
| a processor coupled to a memory for implementing on a virtual server; | As shown in the above and below diagrams, Dropbox Business' virtual server necessarily includes a processor coupled to a memory. These processors are coupled to memory in Dropbox's servers and used to implement the virtual servers seen by users.<br><br> |
| the virtual server on a network managing a plurality of user accounts, each of the plurality of user accounts including one or more files; | "On a Dropbox Business team, there are admins and team members. Admins can manage membership to the team, change settings, and manage billing…Admins … can have global permissions (as a team admin) or a more limited set of permissions (as user management and support admins)." *See Change admin rights for your Dropbox Business team*, DROPBOX, https://help.dropbox.com/teams-admins/admin/change-admin-rights. Thus, Dropbox Business allows a user to set up a business account and create administrators and team members (i.e. a plurality of user accounts) who manage individual files or collaborate on shared files.<br><br><br><br>*See Team Collaboration*, DROPBOX, https://www.dropbox.com/business/tour/team-collaboration. |

| | |
|---|---|
| the virtual server adapted to verify user access information for a particular user account; | Dropbox Business verifies each member before allowing access to a business team account. *See generally Join a Dropbox Business team*, DROPBOX, https://www.dropbox.com/help/business/join-business-team.<br><br>On www.dropbox.com, once a user enters the account email and password and selects to sign in, a blue bar runs across the top of the page while Dropbox verifies the account user information.   Upon verification, the user is taken to the Home page where account files are displayed.  |
| the virtual server configured to transfer, over the network, information relating to the one or more files stored on the virtual server in the particular user account and to store information relating to one or more files received over the network in the particular user account; | Dropbox can transfer stored information, including files and folders, and their metadata. *See How to view metadata for a file in Dropbox*, DROPBOX, https://help.dropbox.com/files-folders/sort-preview/file-info. Users of Dropbox Business can view the file metadata on Dropbox's virtual server.  When a user selects to "upload" files to Dropbox, it directs Dropbox to transfer and store information relating to the files on the Dropbox storage. *See Add files to your Dropbox*, DROPBOX, https://help.dropbox.com/files-folders/share/add-files.  As shown in Dropbox's file infrastructure diagram above, Dropbox uses its metadata servers to story and serve information regarding files on the virtual server in particular user accounts. |

| | |
|---|---|
| wherein the virtual server allows a plurality of sub-accounts to be associated with the particular user account, each subaccount requiring verification of subaccount user access information; | Dropbox Business prompts a primary account user to enter team members' email addresses so Dropbox can create team member subaccounts that are associated with the primary account. Dropbox uses the verified email address to verify the subaccount user. *See Invite people to your Dropbox Business team*, DROPBOX, https://help.dropbox.com/teams-admins/admin/invite-team ("You'll need a license for each person you invite to your Dropbox Business team."); *How can I customize security in Dropbox Business?*, DROPBOX, https://help.dropbox.com/teams-admins/admin/customize-security.<br><br> |
| wherein at least one subaccount user is associated with each subaccount, and the virtual server maintains file rights permissions for each subaccount user of the plurality of sub-accounts; | Upon a user's request, Dropbox will invite members to join a business team in order to create subaccounts. *See Invite people to your Dropbox Business team*, DROPBOX, https://help.dropbox.com/teams-admins/admin/invite-team; *Dropbox Groups*, DROPBOX, https://help.dropbox.com/teams-admins/team-member/groups. Once the user invites the members (i.e. subaccount users) to join the team, the user is prompted to either create an account or sign-in to the user's existing account. Dropbox's virtual server maintains the file rights permissions for each subaccount. *See Manage your Dropbox sharing permissions*, DROPBOX, https://help.dropbox.com/files-folders/share/set-folder-permissions; *Dropbox Groups*, DROPBOX, https://help.dropbox.com/teams-admins/team-member/groups. |

| | |
|---|---|
| and wherein the file rights permissions to the plurality of subaccounts includes at least one of prohibiting a subaccount user's ability to delete a file stored on the virtual server, prohibiting a subaccount user's ability to access a file on the virtual server, and allowing a subaccount user to upload a file to the virtual server. | **How to manage shared folder permissions**<br><br>If you share a folder with someone, you can decide what permissions they have to your folder. Members of a shared folder can have one of three roles—editor, viewer, or owner.<br><br>• **Editor**: Any member you give this permission to can add, edit, or delete files in that folder.<br>• **Viewer**: Any member you give this permission to can view and comment on files in a shared folder, but not add, edit, or delete files.<br>• **Owner**: Only one member can be the owner of a folder. The creator of a shared folder is automatically the owner, unless they change the owner to someone else.<br><br>Learn more about roles and permissions for members of a shared folder.<br><br>*See* <https://help.dropbox.com/files-folders/share/set-folder-permissions> for more information on setting members' permissions. |
| **Claim No. 2** | **Infringing Product** |
| The data storage system of claim 1 wherein each of the plurality of user accounts has a primary account user and each primary account user is associated with particular subaccounts of the plurality of subaccounts, each of the particular subaccounts having file rights permissions to subaccount files stored on a system storage device, and each of the particular subaccounts having file rights permissions to shared account files stored on the system storage device. | "On a Dropbox Business team, there are admins and team members. Admins can manage membership to the team, change settings, and manage billing…[Admins] can have global permissions (as a team admin) or a more limited set of permissions (as user management and support admins)." *See Change admin rights for your Dropbox Business team*, DROPBOX, https://help.dropbox.com/teams-admins/admin/change-admin-rights. Thus, Dropbox Business allows a user to set up a business account and create administrators and team members (i.e. a plurality of subaccounts). Administrators can give the team members various permissions to shared account files such as the ability to see a file, delete a file, or make edits to a file. *See* <https://help.dropbox.com/teams-admins/team-member/groups> for more information on setting permissions on Dropbox Business accounts. *See also Manage your Dropbox sharing permissions*, DROPBOX, https://help.dropbox.com/files-folders/share/set-folder-permissions. |

| Claim No. 3 | Infringing Product |
|---|---|
| The data storage system of claim 2 wherein the primary account user determines a file rights permissions level for each of the particular subaccounts. | Administrators, or primary account users, can give the team members various permissions to shared account files such as the ability to see a file, delete a file, or make edits to a file. *See Dropbox Groups*, DROPBOX, https://help.dropbox.com/teams-admins/team-member/groups; *Manage your Dropbox sharing permissions*, DROPBOX, https://help.dropbox.com/files-folders/share/set-folder-permissions. |

| Claim No. 6 | Infringing Product |
|---|---|
| The data storage system of claim 1 wherein the virtual server is configured to display the information relating to the one or more files stored on the virtual server, the information comprising a list of files stored on the virtual server for the particular user account. | "Basic information about user data [including file names and types], called metadata, is kept in its own discrete storage service...." *See Under the hood: Architecture overview*, DROPBOX, https://www.dropbox.com/business/trust/security/architecture. |



| Claim No. 7 | Infringing Product |
|---|---|
| The data storage system of claim 1 wherein the network is the Internet. | Dropbox is a cloud storage system that makes it possible for users to access data anywhere via www.dropbox.com. *See What are the benefits of cloud storage?*, DROPBOX: CLOUD STORAGE, https://www.dropbox.com/features/cloud-storage (Dropbox's "[c]loud storage benefits include easily storing, accessing, and protecting your data via the internet. You can streamline work by uploading nearly any file and accessing it from multiple devices."); |

| Claim No. 8 | Infringing Product |
|---|---|
| A data storage system for storing data files for a plurality of accounts, comprising: | "Dropbox is a home for your most valuable files." *How Dropbox keeps your files secure*, DROPBOX, https://www.dropbox.com/help/sign-in/how-security-works; *Document Storage*, DROPBOX, https://www.dropbox.com/features/cloud-storage/document-storage. Furthermore, Dropbox users have the option to direct Dropbox to setup a plurality of accounts. *See generally Multiple Dropbox Accounts*, DROPBOX, https://help.dropbox.com/accounts-billing/multiple-accounts.<br><br>Here's a diagram of how the service works:<br> |
| a virtual server with a storage device operatively connected to the network, the virtual server being adapted to verify account user information for an account user computer seeking to access account files associated with a particular user account stored on the virtual server and to display a list of account files associated with the particular user account stored on the virtual server; | Dropbox's "[c]loud storage benefits include easily storing, accessing, and protecting your data via the internet…." *What are the benefits of cloud storage?*, DROPBOX: CLOUD STORAGE, https://www.dropbox.com/features/cloud-storage. Dropbox Business verifies each member before allowing access to a business team account. *See Join a Dropbox Business team*, DROPBOX, https://www.dropbox.com/help/business/join-business-team. Upon verification Dropbox displays the account files associated with the user account. |

| | |
|---|---|
| | On www.dropbox.com, once a user enters the user's account email and password and selects to sign in, a blue bar runs across the top of the page while Dropbox verifies the account user information.   Upon verification, the user is taken to the Home page where account files are displayed.   List of account files |
| wherein the virtual server is also adapted to permit the account files associated with the particular user account stored on the storage device to be opened and modified while the account files associated with the particular user account remain stored on the storage device; | Dropbox Business permits users to open and modify files associated with the users' account while the file remains stored on the storage device. *See Edit shared Microsoft Office documents in Dropbox*, DROPBOX, https://help.dropbox.com/files-folders/share/edit-microsoft-office-documents; *Dropbox Paper FAQS*, DROPBOX, https://help.dropbox.com/files-folders/paper/dropbox-paper-faqs ("Dropbox Paper is an online document workspace, where you can organize and display text, media, and files all in one place."). |
| wherein the particular user account has a primary account and a plurality of subaccounts, each of the plurality of subaccounts having file rights controlled access to a subaccount file stored on the storage device; | Dropbox Business prompts a primary account holder to create a team and enter the email addresses of the team members so Dropbox can create subaccounts for the members.<br><br>After a primary account holder registers with Dropbox Business, the user is prompted to fill in "team information." |



After the user fills in the team information and selects "Continue," the user is prompted to add the email addresses of the team members. Dropbox uses those email addresses to create team member subaccounts.



The primary account holder can direct Dropbox to give subaccounts controlled access to certain files. *See How can I customize security in Dropbox Business?*, DROPBOX, https://help.dropbox.com/teams-admins/admin/customize-security. *See Change admin rights for your Dropbox Business team*,

| | |
|---|---|
| | DROPBOX, https://help.dropbox.com/teams-admins/admin/change-admin-rights#levels; *Manage your Dropbox sharing permissions*, DROPBOX, https://help.dropbox.com/files-folders/share/set-folder-permissions. |
| wherein the file rights controlled access to the subaccount file stored on the storage device includes prohibiting a subaccount user's ability to delete the subaccount file stored on the storage device; and | **How to prevent team members from permanently deleting files**<br><br>1. Sign in to dropbox.com with your admin credentials.<br>2. Click **Admin Console**.<br>3. Click **Settings**.<br>4. Choose **Deletions**.<br>5. Change the setting to **Off**.<br><br>*See* <https://help.dropbox.com/teams-admins/admin/prevent-permanent-deletion> for more information on prohibiting a subaccount user from deleting a subaccount file. |
| wherein the file rights controlled access to the subaccount file stored on the storage device includes permitting a subaccount user's ability to modify the subaccount file and wherein the modified account file associated with the particular user account is saved to the storage device. | **How to manage shared folder permissions**<br><br>If you share a folder with someone, you can decide what permissions they have to your folder. Members of a shared folder can have one of three roles—editor, viewer, or owner.<br><br>• **Editor**: Any member you give this permission to can add, edit, or delete files in that folder.<br><br>You can now co-author Office Online documents with others.<br><br>1. Sign in to dropbox.com.<br>2. Preview a Word, Excel, or PowerPoint file that's saved in a shared folder.<br>3. Click the arrow next to the **Open** button.<br>4. Select **Microsoft [Excel/PowerPoint/Word] Online**.<br>5. Ask the colleague(s) you'd like to collaborate with to follow the same steps.<br>6. The file will open in your web browser in Office Online; you can then edit it.<br>7. When you're done editing, click **Save and return to Dropbox**.<br><br>Notes:<br><br>• At the top of the page you can see your name, and the names of other people who have the same file open.<br>• Changes you make will be saved automatically to your Dropbox.<br><br>*See* <https://help.dropbox.com/files-folders/share/set-folder-permissions> for more information on setting permissions including "Editor" permissions. |

Page **51** of **61**

| Claim 9 | Infringing Product |
|---|---|
| The data storage system of claim 8 configured to communicate with an account user computer, and wherein the account user computer is a mobile device | "You can also access your Dropbox from a mobile browser. Visit dropbox.com on your mobile device and we'll automatically redirect you to the mobile-optimized website." *See Can I access Dropbox on my mobile device?*, DROPBOX, https://help.dropbox.com/installs-integrations/mobile/access-dropbox. |

| Claim 10 | Infringing Product |
|---|---|
| The data storage system of claim 8 wherein the file rights controlled access to the subaccount file stored on the storage device includes limiting subaccount access to only certain file types. | "Group managers and folder owners can set permission on a group or folder to view-only by default and can grant edit permission to individuals." *See Dropbox Groups*, DROPBOX, https://help.dropbox.com/teams-admins/team-member/groups. Thus, Dropbox permits an admin or group manager to limit access to certain file types by not granting permissions to view or edit those files. *See* <https://help.dropbox.com/teams-admins/team-member/team-space-overview> for further information on creating teams and members on Dropbox and <https://help.dropbox.com/teams-admins/admin/centralize-data-team-folders> for more information on how to customize permissions. |

| Claim 11 | Infringing Product |
|---|---|
| The data storage system of claim 8 wherein the system is configured so that the plurality of subaccounts are only accessible from a user computer with a specified IP address. | Dropbox gives administrators the option to enable a feature that requires Dropbox to verify a domain before allowing access to a Dropbox account. *See Domain verification and invite enforcement*, DROPBOX, https://help.dropbox.com/teams-admins/admin/domain-verification-invite-enforcement. With Dropbox Business, admins have the option to enable single sign-on which "allows you to put your existing identity provider in charge of authentication." *See* <https://help.dropbox.com/teams-admins/admin/customize-security> for more information on how users of Dropbox can customize security and <https://help.dropbox.com/teams-admins/admin/sso-admin> for more information on setting up single sign-on. Dropbox Business further allows enterprise users to control which computers on particular networks with specified IP addresses can access subaccounts. *Network Control*, DROPBOX, https://help.dropbox.com/teams-admins/admin/network-control. |

| Claim 12 | Infringing Product |
|---|---|
| The data storage system of claim 8 wherein each of the plurality of subaccounts having file rights controlled access to a shared account file stored on the system storage device | With Dropbox "[y]ou can share files and folders in your team member folder with shared folders and shared links. You decide who can access this content. If you're invited to a folder that isn't in the team space, you can [a]dd this folder to your team member folder…[a]dding the folder lets you access its contents in your Dropbox account." *See* https://help.dropbox.com/teams-admins/team-member/team-space-overview. Further, administrators of Dropbox Business can set up various file rights such as editor rights that give permission to add, edit, or delete files or viewer rights that give permission to view and comment on files. *See Manage your Dropbox sharing permissions*, DROPBOX, https://help.dropbox.com/files-folders/share/set-folder-permissions. |