**Exhibit F - U.S. PATENT NO. 10,476,868 DATA BACKUP AND TRANSFER SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT**

All the Dropbox plans (for Individuals: Basic, Plus, and Professional; for Teams: Standard and Advanced; for Business: Standard, Advanced, and Enterprise) have the same basic components relevant to claims 1-2 of the '868 Patent. Dropbox's Business packages contain the same basic components relevant to claim 6 of the '868 Patent.

| **Claim Chart Related to Dropbox.com & Justservice.net's Patent No. 10,476,868** | |
|---|---|
| | |
| **Claim No. 1** | **Infringing Product** |
| A data storage system comprising: | "All files stored online by Dropbox are encrypted and kept in secure storage servers." *See Where is my data stored?*, DROPBOX, https://help.dropbox.com/accounts-billing/security/physical-location-data-storage. |
| A virtual server connected to a communications network, the virtual server configured to: | Once a file is added to Dropbox, the file syncs to Dropbox's online server and serves files to users through a virtual server interface.<br>Here's a diagram of how the service works:<br>Storage Servers / Storage Service / File data stored in encrypted blocks. / SSL/TLS / Processing Service / Encryption and application service / Metadata Servers / Metadata Service / Name / Import Document / Location / /files/work / Last changed / 09/03/13 / File type / .DOC / Etc. / Stores information about your files but not the files themselves. / Database / Notification Service / Multiple devices<br>*See Where is my data stored?*, DROPBOX, https://help.dropbox.com/accounts-billing/security/physical-location-data-storage. |

| | |
|---|---|
| Verify first user access information for a particular user storage account of one or more user storage accounts maintained by the virtual server; | Dropbox requires that a user enter a verified email address and password to access information stored on the user's Dropbox virtual storage account. *See How to sign in and out of your Dropbox account*, DROPBOX, https://help.dropbox.com/accounts-billing/settings-sign-in/sign-in-out.<br><br>Once a user enters their personal account access information and selects to sign in, a blue bar runs across the top of the page while Dropbox verifies the account access information.<br><br>Sign in - Google Accounts - Google Chrome<br>https://accounts.google.com/signin/oauth/oauthchooseaccount?client_id=8016687268...<br>Sign in with Google<br>Choose an account<br>to continue to Dropbox |
| Connect to a client device associated with the verified first user access information over the communications network; | Dropbox allows the user to store documents on Dropbox's virtual data storage by connecting to the client's device to add files from the client's personal device to Dropbox's virtual data storage. *See What are the benefits of cloud storage?*, DROPBOX: CLOUD STORAGE, https://www.dropbox.com/features/cloud-storage (Dropbox's "[c]loud storage benefits include easily storing, accessing, and protecting your data via the internet. You can streamline work by uploading nearly any file and accessing it from multiple devices."). |
| transmit to the client device for display, information identifying first system functions of the virtual server; | After Dropbox verifies user access information, Dropbox displays the following first system functions:<br><br>First system functions<br>Home<br>Files<br>Paper<br>HelloSign<br>Transfer<br>Showcase<br>Home<br>Upgrade ac<br>Search<br>Suggested from your activity Show<br>Recent Hide<br>Items you recently viewed show up here. Learn more<br>Starred Hide<br>When you star items, they'll show up here for easy access. Learn more<br>Create new file<br>Upload files<br>Upload folder<br>New folder<br>New shared folder<br>First system functions |

| | |
|---|---|
| transmit to the client device for display, information relating to one or more files associated with the particular user storage account; and | Dropbox displays information relating to the files such as file name and file type. |



| | |
|---|---|
| upload a first user-selected file selected from the one or more files associated with the particular user storage account by accessing a particular system function of the system functions of the virtual server that initiates a transfer of the | When a user selects "Upload", Dropbox will upload the user selected files. *See How can I access Dropbox on my Windows, Mac, or Linux Computer?*, DROPBOX: CLOUD STORAGE, https://www.dropbox.com/features/cloud-storage ("You can access Dropbox cloud services on Windows, Mac, or Linux operating systems … through the web on dropbox.com [which] require[s] your device to be connected to the internet to upload and access your files."). |

On dropbox.com
1. Sign in to dropbox.com.
2. Click Upload.
3. Choose Files or Folder.
If you choose Files, select as many files as you like and click Open.
If you choose Folder, select a folder and click Upload.
Upload
Files
Folder
Home
Window showing files on computer that Dropbox has scanned for possible upload
To download an entire folder directly from dropbox.com:
1. Sign in to dropbox.com.
2. Find the folder you want to download.
3. Click the ... (ellipsis) icon to the right of the folder's name.
4. Click Download.
Your browser will then download the folder as a single compressed file (known as a "ZIP" file). Once it's downloaded, open and decompress the ZIP file to access the contents of your folder.
Create new file
Share
Download
Add comment
Star
Version history
Rename
Move
Copy
Delete
Upload files
Upload folder
New shared folder
New folder
Show deleted files
Ellipses icon that enables access to the download file function on Dropbox.

| | |
|---|---|
| first user-selected file from the client device to the virtual server. | |
| | |
| **Claim No. 2** | **Infringing Product** |
| The data storage system of claim 1, wherein the virtual server is further configured to download a second user-selected file associated with the particular user account from the virtual server to the client device. | When a client selects "Download," Dropbox will download files directly from www.dropbox.com to the client's device. *How to download an entire folder from Dropbox*, DROPBOX, https://www.dropbox.com/help/desktop-web/download-entire-folders. |

Page **57** of **61**

| | |
|---|---|
| **Claim No. 6** | **Infringing Product** |
| The data storage system of claim 1 wherein the virtual server is further configured to: | Dropbox is an online server. *See Where is my data stored?*, DROPBOX, https://help.dropbox.com/accounts-billing/security/physical-location-data-storage. |
| allow at least one subaccount to be associated with the particular user storage account; | Dropbox Business associates multiple subaccounts (team members) with a primary account (business account). *See generally Dropbox Groups*, DROPBOX, https://help.dropbox.com/teams-admins/team-member/groups.<br>**User lists**<br>Use our groups feature to create and manage lists of members within your Dropbox Business account. Give new employees access to specific folders with just a few clicks.<br>Members<br>Invite<br>Michelle Wallace<br>William Jackson<br>Angela Zhang<br>Ann Thompson<br>Wendy Jones |
| verify second user access information for the at least one subaccount; | Dropbox requires the second user's email address to verify the second user. *See Join a Dropbox Business Team*, DROPBOX, https://help.dropbox.com/teams-admins/team-member/join-business-team. |

<table>
<tr><td></td><td>

## How to join a Dropbox Business team via membership request

Any Dropbox user with a verified email address on a company domain can request to join a team. If you've already been invited to join a Dropbox Business team, you'll need to accept your invitation.

If you created your Dropbox with a personal email address:

1. Sign in to dropbox.com.
2. Click your name in the bottom left corner.
3. Enter your work email address (if you have one), and click the **Get started** button.
   - If a team exists on the domain you enter, you will be prompted to join it.

If you created your personal Dropbox with a business or work email:

1. Sign in to dropbox.com.
2. Click **Team**.
3. If a team using your company domain already exists, you'll see a prompt to **Join Team**.
   - **Note:** You will need to wait for the admin to approve your request to join.

Once you request to join a Dropbox Business team, an email request is sent to the Dropbox Business team admin, who can approve or deny this request. If the admin approves the request and the team doesn't have enough open licenses, the team is billed for an additional license.

## How to accept a Dropbox Business invitation

1. Locate the email invitation to join your team's Dropbox Business account.

2. Click the **Join your team** button.
3. Set up your work Dropbox by filling in your name and creating a password.
4. Agree to the Dropbox terms and click **Create account**.
5. Once your account it set up, learn more about your account with our business user-guide.

</td></tr>
<tr><td>connect to a second client device associated with the verified second user access information;</td><td>Dropbox connects to a second client's device and accesses files on the client's device to add to Dropbox. See generally Terms of Service, DROPBOX, https://www.dropbox.com/terms ("Dropbox accesses, stores, and scans Your Stuff. You give us permission to do those things….").</td></tr>
<tr><td>transmit to the second client device for display, information relating to one or more files associated with the at least one subaccount; and</td><td>Dropbox displays on the second client device, information relating to files associated with at least one subaccount. See Team space and member folders: an overview, DROPBOX, https://help.dropbox.com/teams-admins/team-member/team-space-overview; View team activity in the admin console, DROPBOX, https://help.dropbox.com/teams-admins/admin/view-activity.</td></tr>
</table>



Pepo Studio Inc.
Files
Patricia Johnson
Finance
Marketing
Sales
HR
Information relating to files associated with the subaccounts

| | |
|---|---|
| transmit to the second client device for display, information identifying second system functions of the virtual server, the second system functions different from the first system functions. | Dropbox displays second system functions such as limiting edit and view access to each of the folders. *See* <https://help.dropbox.com/teams-admins/team-member/team-space-overview> for more information on Dropbox subaccounts and second system functions available.<br><br>**Sharing in the team space**<br><br>The team space is accessible to the entire team, but that doesn't mean that all team members have access to all content. You can have different permissions to folders:<br><br>• **Can edit:** You can view, edit, and manage access to the contents of this folder<br>• **Can view:** You can view the contents of this folder<br>• **No access:** You can't view the contents of this folder<br><br>By default, anyone with edit permissions to a folder has edit permissions to all folders inside that folder. For example, if you can edit "Design," you can edit any folders inside "Design," unless access to a folder is restricted.<br><br><br> |