

Home    Files & folders    Share files & folders    Shared folder permissions

## Manage your Dropbox sharing permissions

If you share a folder with someone, you can decide what permissions they have to your folder. Members of a shared folder can have one of three roles—editor, viewer, or owner.

- **Editor**: Any member you give this permission to can add, edit, or delete files in that folder.
- **Viewer**: Any member you give this permission to can view and comment on files in a shared folder, but not add, edit, or delete files.
- **Owner**: Only one member can be the owner of a folder. The creator of a shared folder is automatically the owner, unless they change the owner to someone else.

Learn more about roles and permissions for members of a shared folder.

**Not using Dropbox yet? See how Dropbox makes managing file permissions easy.**

## How to change a member's access to a shared folder

To change a member's access permissions, follow the instructions for your device below.

**On dropbox.com:**

1. Sign in to dropbox.com.
2. Click **Files**.
3. Navigate to the file or folder you want to edit.
4. Hover over the file or folder and click **Share**.
5. Click the name of the member you want to edit.



6. Next to the name of that member, click the dropdown and select **Can edit** or **Can view**.

**Using the Dropbox desktop app:**

1. Right-click the shared folder.
2. Click **Share…**
3. Click the name of the member you want to edit.
4. Next to the name of that member, click the dropdown and select **Can edit** or **Can view**.

**On your phone or tablet:**

1. Open the Dropbox app.
2. Find the folder you'd like to share.

   - On Android: Tap the downward arrow.
   - On iOS: Tap the ... (ellipsis) icon or tap **# members** under the shared folder name.

3. Tap **Share**.
4. Next to the name of a member, click the dropdown and select **Can edit**, **Can view**, or **Remove**.
5. If you're changing permissions on a <u>shared file</u>, you'll only have the option to **Remove a member**.
6. Tap **Send**.

Watch this video to learn more about sharing files and folders

