5/7/2020 — How can I customize security in Dropbox Business? | Dropbox Help



Home   Teams & admins   Team admins   How can I customize security in Dropbox Business?

## How can I customize security in Dropbox Business?

We understand that you need to keep your company's information safe, which is why we've designed Dropbox with a number of physical and technical security measures. If you're a Dropbox Business admin, you have access to features that allow you to customize security to your particular needs.

### User provisioning

Users can be invited to Dropbox Business manually by sending an email invite from the Admin Console, or automatically by integrating with an existing Active Directory or LDAP deployment through one of our identity management providers.

### Sharing permissions

Admins can control whether team members are able to share items with people outside the team, and set different rules for shared folders and shared links. If sharing outside the team is enabled, members will still be able to make individual folders or links "team only" as needed.

### Authentication

Single sign-on (SSO) allows you to put your existing identity provider in charge of authentication. Two-step verification can also be enabled to add an extra layer of security. In addition, admins can reset passwords for individual users or the entire team.

### Session control

Admins can terminate active browser sessions, unlink connected computers and mobile devices, and revoke third-party app access for any team members.

### Password control

Admins can set password requirements or reset passwords for their teams.

Enabling password control will sign out all team members, notify them of new password requirements, and prompt them to reset their passwords.

Admins can also choose to reset passwords for all of their team members. This will prompt each team member to choose a new password the next time they sign in to Dropbox. The option to reset all passwords is available in the password control section of the Admin Console.

### Connecting personal and work Dropboxes

Admins can turn off team members' ability to use our desktop application for both personal and work Dropboxes at the same time.

### Transferring data during offboarding

When removing users from a Dropbox Business team, admins have the ability to transfer their data to another user.

### Remote wipe

If a device is lost or someone leaves the company, admins can easily delete files and folders from computers and mobile devices once they come back online.

### Visibility

Admins can generate activity reports at any time for events related to passwords, logins, admin actions, apps, devices, sharing, and membership. Reports are available for individual users or entire team accounts and can be downloaded in CSV (comma-separated values) format for analysis with SIEM (Security Information and Event Management) tools.

For more detail on our approach to security, please see the Dropbox Business security whitepaper.

To learn more about our Control and Visibility solutions, see the Dropbox Trust Guide.

JUSTSER_0002248

EX. I, p. 1

5/7/2020                                How can I customize security in Dropbox Business? | Dropbox Help





## Community answers

Refund? Where is customer service?

Related articles

Admins: manage file requests

Centralize company data with team folders

Change admin rights
If you're the team admin of a Dropbox Business team, you can make other team members admins, too. Find out how here.

## Other ways to get help

Community

Twitter support

Contact support

Dropbox
- Desktop app
- Mobile apps
- Plans
- Security
- Features

Products
- Plus
- Professional
- Business
- Enterprise

Company
- About us
- Jobs
- Press
- Investor relations
- Blog

Support
- Help center
- Contact us
- Cookies
- Privacy & terms
- Sitemap

Community
- Developers
- Referrals
- Forum

JUSTSER_0002249
EX. I, p. 2

5/7/2020 How can I customize security in Dropbox Business? | Dropbox Help



The footer might appear empty if the current page branch does not have a footer configuration.

JUSTSER_0002250
**EX. I, p. 3**