5/5/2020                      Choose the right Dropbox for you and your business



# Choose the right Dropbox for you



|  | For individuals | | For teams | |
|---|---|---|---|---|
|  | **Plus**<br>Buy now | **Professional**<br>Try for free<br>or purchase now | **Standard**<br>Try for free<br>or purchase now | **Advanced**<br>Try for free<br>or purchase now |
| **Dropbox core features** | | | | |
| Storage | 2 TB (2,000 GB) | 3 TB (3,000 GB) | 5 TB (5,000 GB) | As much space as needed |
| Best-in-class sync technology | ✓ | ✓ | ✓ | ✓ |
| Integrated desktop experience | ✓ | ✓ | ✓ | ✓ |
| Anytime, anywhere access | ✓ | ✓ | ✓ | ✓ |
| Easy and secure sharing | ✓ | ✓ | ✓ | ✓ |
| 256-bit AES and SSL/TLS encryption | ✓ | ✓ | ✓ | ✓ |
| **Content & accident protection** | | | | |
| File recovery and version history | 30 days | 180 days | 180 days | 180 days |
| Dropbox Rewind | 30-day history | 180-day history | 180-day history | 180-day history |
| Remote device wipe | ✓ | ✓ | ✓ | ✓ |
| Enable two-factor authentication (2FA) | ✓ | ✓ | ✓ | ✓ |
| Watermarking | ✗ | ✓ | ✓ | ✓ |
| Shared link controls | ✗ | ✓ | ✓ | ✓ |
| Account transfer tool | ✗ | ✗ | ✓ | ✓ |
| Enables HIPAA compliance | ✗ | ✗ | ✓ | ✓ |
| Device approvals | ✗ | ✗ | ✗ | ✓ |
| **Productivity & sharing tools** | | | | |
| Dropbox Spaces | ✓ | ✓ | ✓ | ✓ |
| Dropbox Paper | ✓ | ✓ | ✓ | ✓ |
| Dropbox Transfer | Up to 2 GB | Up to 100 GB, including customization options | Up to 2 GB | Up to 100 GB, including customization options |
| File locking | ✗ | ✓ | ✓ | ✓ |
| Integrated cloud content | ✓ | ✓ | ✓ | ✓ |
| Web previews and comments | ✓ | ✓ | ✓ | ✓ |
| Plus button | ✓ | ✓ | ✓ | ✓ |
| File requests | ✓ | ✓ | ✓ | ✓ |
| Smart Sync | ✓ | ✓ | ✓ | ✓ |

JUSTSER_0002209
**EX. J, p. 1**

5/5/2020                                  Choose the right Dropbox for you and your business

| | | | | |
|---|---|---|---|---|
| Smart Sync Auto-Evict | ✓ | ✓ | ✓ | ✓ |
| Full text search | ✓ | ✓ | ✓ | ✓ |
| Viewer history | ✗ | ✓ | ✗ | ✓ |

### Team management

| | | | | |
|---|---|---|---|---|
| Admin console | ✗ | ✗ | ✓ | ✓ |
| Multi-team admin login | ✗ | ✗ | ✓ | ✓ |
| Centralized billing | ✗ | ✗ | ✓ | ✓ |
| Company-managed groups | ✗ | ✗ | ✓ | ✓ |
| Unlimited API access to security platform partners | ✗ | ✗ | ✓ | ✓ |
| Unlimited API access to productivity platform partners | ✗ | ✗ | ✓ | ✓ |
| 1 million API calls/month for data transport partners | ✗ | ✗ | ✓ | ✓ |
| Tiered admin roles | ✗ | ✗ | ✗ | ✓ |
| Sign in as user | ✗ | ✗ | ✗ | ✓ |
| Audit logs with file event tracking | ✗ | ✗ | ✗ | ✓ |
| Single sign-on (SSO) integrations | ✗ | ✗ | ✗ | ✓ |
| Invite enforcement | ✗ | ✗ | ✗ | ✓ |

### Support

| | | | | |
|---|---|---|---|---|
| Priority email support | ✓ | ✓ | ✓ | ✓ |
| Live chat support | ✗ | ✓ | ✓ | ✓ |
| Phone support during business hours | ✗ | ✗ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ○ Billed yearly<br>○ Billed monthly | $9.99 / month<br>[Buy now] | $16.58 / month<br>[Try for free]<br>or purchase now | $12.50 / user / month<br>[Try for free]<br>or purchase now | $20 / user / month<br>[Try for free]<br>or purchase now |

**Dropbox**
Desktop app
Mobile apps
Plans
Security
Features

**Products**
Plus
Professional
Business
Enterprise

**Company**
About us
Jobs
Press
Investor relations
Blog

**Support**
Help center
Contact us
Cookies
Privacy & terms
Sitemap

JUSTSER_0002210
**EX. J, p. 2**

5/5/2020                                    Choose the right Dropbox for you and your business

Community
Developers
Referrals
Forum

English (United States)

JUSTSER_0002211
**EX. J, p. 3**