**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| JUSTSERVICE.NET LLC,<br>an Illinois company,<br><br>        Plaintiff,<br>v.<br><br>DROPBOX, INC.,<br>a Delaware corporation,<br><br>        Defendant. | Civil Action No.: 6:20-CV-00070-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION EXTENDING THE STAY OF ALL DEADLINES**
**AND TO FILE DISMISSAL PAPERS**

Plaintiff Justservice.net LLC and Defendant Dropbox, Inc., by and through their undersigned counsel, respectfully move this Court for a one week extension of the deadline to submit written dismissal papers, from October 15, 2021 to October 22, 2021. The Parties are diligently reducing to writing the agreement for settlement but the negotiation of agreement language is taking longer than anticipated. As a result, the Parties advise the Court they will either file dismissal papers on or before October 22, 2021, or, by the same date, provide the Court with a further notice as to their progress toward an agreed written settlement document and dismissal.

A proposed Order is attached for the Court's convenience.

Dated:  October 18, 2021

| | |
|---|---|
| By: */s/ Todd P. Blakely* <br> Michael C. Smith (SBN 18650410) <br> Michael.Smith@solidcounsel.com <br> Scheef & Stone, LLP <br> 113 East Austin Street <br> Marshall, Texas 75670 <br> Telephone: 903-938-8900 <br><br> Todd P. Blakely (pro hac vice) <br> tblakely@sheridanross.com <br> Robert R. Brunelli (pro hac vice) <br> rbrunelli@sheridanross.com <br> Paul Sung Cha (pro hac vice) <br> pscha@sheridanross.com <br> SHERIDAN ROSS P.C. <br> 1560 Broadway, Suite 1200 <br> Denver, CO 80202 <br> Tel: (303) 863-9700 <br> Fax: (303) 863-0223 <br> Email: litigation@sheridanross.com <br><br> Aaron P. Bradford (pro hac vice) <br> Alex Ruge (pro hac vice) <br> BRADFORD, LTD <br> 2701 Lawrence Street, Suite 104 <br> Denver, CO 80205 <br> Tel: (303) 325-5467 <br> Email: aaron@apb-law.com <br> Email: alex@apb-law.com <br><br> *Attorneys for Plaintiff* <br> *Justservice.net LLC* | By: */s/ J. Stephen Ravel* <br> J. Stephen Ravel <br> Texas State Bar No. 16584975 <br> KELLY HART & HALLMAN LLP <br> 303 Colorado, Suite 2000 <br> Austin, TX 78701 <br> Tel: (512) 495-6429 <br> Email: steve.ravel@kellyhart.com <br> Gregory H. Lantier (pro hac vice) <br> DC Bar No. 492043 <br> Virginia State Bar No. 65657 <br> New York State Bar No. 4823217 <br> WILMER CUTLER PICKERING <br> HALE & DORR LLP <br> 1875 Pennsylvania Avenue <br> Washington DC 20006 <br> Tel: (202) 663-6327 <br> Email: gregory.lantier@wilmerhale.com <br><br> Monica Grewal (pro hac vice) <br> Massachusetts State Bar No. 659449 <br> Connecticut State Bar No. 414009 <br> WILMER CUTLER PICKERING <br> HALE & DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Tel: (617) 526-6223 <br> Email: monica.grewal@wilmerhale.com <br><br> Liv Herriot (pro hac vice) <br> California State Bar No. 267694 <br> WILMER CUTLER PICKERING <br> HALE & DORR LLP <br> 2600 El Camino Real, Suite 400 <br> Palo Alto, CA 94306 <br> Tel: (650) 858-6138 <br> Email: liv.herriot@wilmerhale.com <br><br> *Attorneys for Defendant Dropbox, Inc.* |

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on October 18, 2021 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                /s/ Lori R. Brown
                Paralegal
                SHERIDAN ROSS P.C.
                1560 Broadway, Suite 1200
                Denver, CO 80202
                Telephone: 303-863-9700
                Facsimile: 303-863-0223
                litigation@sheridanross.com